**Order filed January 24, 2017**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

NO. 14-16-00189-CV

**TECLOGISTICS, INC. AND JOSEPHINE TREURNIE, Appellant**

**V.**

**DRESSER-RAND GROUP, INC., Appellee**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2012-62247**

---

## O R D E R

The clerk's record was filed July 7, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain TecLogistics, Inc.'s Motion for Judgment Notwithstanding the Verdict filed on December 31, 2015.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before February 2, 2017, containing TecLogistics, Inc.'s Motion for Judgment Notwithstanding the Verdict filed on December 31, 2015. If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM